747 A.2d 1248

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. VERNON GREEN, DEFENDANT–APPELLANT.

Argued February 29, 2000—Decided April 10, 2000.

*Sylvia M. Orenstein,* Assistant Deputy Public Defender, argued the cause for appellant (*Ivelisse Torres,* Public Defender, attorney).

*Christine M. D'Elia,* Deputy Attorney General, argued the cause for respondent (*John J. Farmer, Jr.,* Attorney General of New Jersey, attorney).

PER CURIAM.

Based on the partial dissent filed in the Appellate Division and reported at 318 *N.J.Super.* 361, 382, 724 *A.2d* 254 (1999), defendant filed an appeal as of right pursuant to *Rule* 2:2–1(a)(2). In respect of that appeal, the judgment of the Appellate Division is affirmed, substantially for the reasons expressed in Judge Steinberg's majority opinion, reported at 318 *N.J.Super.* 361, 724 *A.2d* 254 (1999).

*For affirmance*—Chief Justice PORITZ and Associate Justices O'HERN, STEIN, COLEMAN, LONG, VERNIERO and LaVECCHIA—7.

*Opposed*—None.